# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 18-10855-AMC

JILL MARIE KOHLER

2267 LANGHORNE-YARDLEY ROAD

LANGHORNE, PA 19047-

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JILL MARIE KOHLER

2267 LANGHORNE-YARDLEY ROAD

LANGHORNE, PA 19047-

Counsel for debtor(s), by electronic notice only.

JEFFERY A FOURNIER
2480-B DURHAM RD

BRISTOL, PA 19007

                                     /S/ William C. Miller

Date: 7/16/2018                          _____

                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee