# CERTIFICATION OF DEBTOR
# REGARDING MONTHLY REPORT

Debtor: __Jill Marie Kohler__
Chapter 13 Case No.: __18-10855-AMC__

I, __Jill Marie Kohler__, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of __January- June__, 20__18__

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: __7/31/18__                              __[signature]__
                                                Debtor

*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.*

** *YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.*

*** *FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.*

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

|  | January 2018 | February 2018 | March 2018 |
|---|---|---|---|
| Debtors Name: Jill Marie Kohler | | | |
| Case Number: 18-10855-AMC | | | |
| Business Name: Net Equity Financial Mortgage L.L.C. | | | |
| For Month/Year: 01/2018 & 3/2018 | | | |
| **Business Income:** | | | |
| (1) Actual Gross Income | 7554 | 12118 | 7883 |
| (2) Other Income | | | |
| (3) Other Income | | | |
| (4) Total Gross Income | 7554 | 12118 | 7883 |
| **Actual Business Expenses** | | | |
| (5) Rent/Lease | | | |
| (6) Utilities (Electricity, Gas, Water/Sewer) | | | |
| (7) Telephone/Cell Phone/Internet | | 637 | 322 |
| (8) Insurance - Business/WC/Liability | | | |
| (9) Wages - Employees | | | |
| (10) Wages - Self/Owner | | | |
| (11) Taxes - Sales/Employee Withholding | | | |
| (12) Gas and Fuel for Vehicles | | | |
| (13) Office Supplies | 150 | | 300 |
| (14) Advertizing | 1572 | 4436 | 1508 |
| (15) Cost of Goods Sold - Credit Report | 146 | 146 | 112 |
| (16) Total Business Expenses | 1868 | 5219 | 2242 |
| (17) Net Business Income/Loss | 5686 | 6899 | 5641 |
| (18) Net wages from Regular Employment (Debtor) | | | |
| (19) Net Wages from Regular Employment (Spouse) | | | |
| (20) Total Net Monthly Income | 5686 | 6899 | 5641 |
| **Personal Household Expenses** | | | |
| (21) Rent/Mortgage | 1050 | 1050 | 1050 |
| (22) Utilities (gas, water, electric, fuel) | 510 | 510 | 510 |
| (23) Telephone, Cell Phone, Internet | 595 | 595 | 595 |
| (24) Food | 1120 | 1120 | 1120 |
| (25) Auto Loan | | | |
| (26) Other Installment Payment | | | |
| (27) Other Expenses from Schedule I | 2546 | 2546 | 2546 |
| (28) Total Personal Expenses | 5821 | 5821 | 5821 |
| (29) CHAPTER 13 PLAN PAYMENT | 0 | 0 | 300 |
| (30) CASH FLOW CARRY OVER / PREVIOUS MONTH | 0 | -135 | 943 |
| (31) NET INCOME / LOSS | -135 | 943 | 463 |

*[Signed]* Jill Kohler   7/31/18

1

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtors Name: Jill Marie Kohler
Case Number: 18-10855-AMC
Business Name: Net Equity Financial Mortgage L.L.C.
For Month/Year: 04/2018 & 6/2018

|  | April 2018 | May 2018 | June 2018 |
|---|---|---|---|
| **Business Income:** |  |  |  |
| (1) Actual Gross Income | 4929 | 16697 | 16904 |
| (2) Other Income |  |  |  |
| (3) Other Income |  |  |  |
| (4) Total Gross Income | 4929 | 16697 | 16904 |
| **Actual Business Expenses** |  |  |  |
| (5) Rent/Lease |  |  |  |
| (6) Utilities (Electricity, Gas, Water/Sewer) |  |  |  |
| (7) Telephone/Cell Phone/Internet | 669 | 1044 | 728 |
| (8) Insurance - Business/WC/Liability |  |  |  |
| (9) Wages - Employees |  |  |  |
| (10) Wages - Self/Owner |  |  |  |
| (11) Taxes - Sales/Employee Withholding |  |  |  |
| (12) Gas and Fuel for Vehicles | 669 | 1044 | 728 |
| (13) Office Supplies | 183 | 243 | 95 |
| (14) Advertizing | 2007 | 2519 | 2332 |
| (15) Cost of Goods Sold - Credit Report | 143 | 13 | 151 |
| (16) Total Business Expenses | 3671 | 4863 | 4034 |
| (17) Net Business Income/Loss | 1258 | 11834 | 12870 |
| (18) Net wages from Regular Employment (Debtor) |  |  |  |
| (19) Net Wages from Regular Employment (Spouse) |  |  |  |
| (20) Total Net Monthly Income | 1258 | 11834 | 12870 |
| **Personal Household Expenses** |  |  |  |
| (21) Rent/Mortgage | 1050 | 1050 | 1050 |
| (22) Utilities (gas, water, electric, fuel) | 510 | 510 | 510 |
| (23) Telephone, Cell Phone, Internet | 595 | 595 | 595 |
| (24) Food | 1120 | 1120 | 1120 |
| (25) Auto Loan |  |  |  |
| (26) Other Installment Payment |  |  |  |
| (27) Other Expenses from Schedule I | 2546 | 2546 | 2546 |
| (28) Total Personal Expenses | 5821 | 5821 | 5821 |
| (29) CHAPTER 13 PLAN PAYMENT | 300 | 300 | 300 |
| (30) CASH FLOW CARRY OVER / PREVIOUS MONTH | 463 | -4400 | 1313 |
| (31) NET INCOME / LOSS | -4400 | 1313 | 8062 |

*[Signed]* Jill Kohler  7/31/18