UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Jill Marie Kohler | : | Bankruptcy No. 18-10855-AMC |
| Debtor: | : | |
| | : | Praecipe Withdrawal |
| | : | Amended Matrix |
| | : | On Filed 9/5/2018 |
| | : | |

## PRAECIPE TO WITHDRAWAL

Kindly withdrawal the Amended Matrix, document #41, filed on September 5, 2018 in error.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor