# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jill Marie Kohler aka Jill M. Rockefeller Kohler<br>Debtor(s) | |
| | CHAPTER 13 |
| Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, U.S. Bank National Association, as Trustee, its successors and/or assigns<br>Movant<br>vs. | NO. 18-10855 amc |
| Jill Marie Kohler aka Jill M. Rockefeller Kohler<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, U.S. Bank National Association, as Trustee, which was filed with the Court on or about **February 20, 2018 ; Docket #22**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594

September 12, 2018