## CERTIFICATION OF DEBTOR
## REGARDING MONTHLY REPORT

Debtor: __Jill Marie Kohler__
Chapter 13 Case No.: 18-10855-AMC

I, __Jill Marie Kohler__, declare under penalty of perjury that the following information is true and correct:

1. I am the business debtor in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of __July - September__, 20_18_

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

Date: 11/2/18

_____
Debtor


*YOU ARE REQUIRED TO COMPLETE A MONTHLY FINANCIAL REPORT FOR FIRST MONTH YOU FILED FOR BANKRUPTCY AND RETURN IT IMMEDIATELY WITH THE OTHER ATTACHED PAPERWORK.

** YOU ARE ALSO REQUIRED TO FILL OUT MONTHLY FINANCIAL REPORTS FOR EACH AND EVERY MONTH AFTER YOU FILED YOUR PETITION UNTIL YOUR PLAN IS CONFIRMED BY THE COURT. PLEASE MAKE PHOTOCOPIES OF THE ATTACHED MONTHLY FINANCIAL REPORT FORM, AS NEEDED.

*** FAILURE TO PROVIDE THE MONTHLY FINANCIAL REPORTS AS STATED ABOVE WILL HOLD UP THE CONFIRMATION OF YOUR CASE AND POSSIBLY CAUSE YOUR CASE TO BE DISMISSED.

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtors Name: Jill Marie Kohler
Case Number: 18-10855-AMC
Business Name: Net Equity Financial Mortgage L.L.C.
For Month/Year: 07/2018 & 9/2018

| | July 2018 | August 2018 | September 2018 |
|---|---|---|---|
| **Business Income:** | | | |
| (1) Actual Gross Income | 15569 | 13395 | 10354 |
| (2) Other Income | | | |
| (3) Other Income | | | |
| (4) Total Gross income | 15569 | 13395 | 10354 |
| | | | |
| **Actual Business Expenses** | | | |
| (5) Rent/Lease | | | |
| (6) Utilities (Electricity, Gas, Water/Sewer) | | | |
| (7) Telephone/Cell Phone/Internet | 731 | 677 | 693 |
| (8) Insurance - Business/WC/Liability | | | |
| (9) Travel Expenses | 0 | 1363 | 50 |
| (10) Wages - Self/Owner | | | |
| (11) Taxes - Sales/Employee Withholding | | | |
| (12) Gas and Fuel for Vehicles | 1676 | 983 | 3410 |
| (13) Office Supplies | 164 | 281 | 500 |
| (14) Advertizing | 3753 | 3314 | 1958 |
| (15) Cost of Goods Sold - Credit Report | 134 | 87 | 129 |
| (16) Total Business Expenses | 6458 | 6705 | 6740 |
| | | | |
| (17) Net Business Income/Loss | 9111 | 6690 | 3614 |
| (18) Net wages from Regular Employment (Debtor) | | | |
| (19) Net Wages from Regular Employment (Spouse) | | | |
| (20) Total Net Monthly Income | 9111 | 6690 | 3614 |
| | | | |
| **Personal Household Expenses** | | | |
| (21) Rent/Mortgage | 1050 | 1050 | 1050 |
| (22) Utilities (gas, water, electric, fuel) | 510 | 510 | 510 |
| (23) Telephone, Cell Phone, Internet | 595 | 595 | 595 |
| (24) Food | 1120 | 1120 | 1120 |
| (25) Auto Loan | | | |
| (26) Other Installment Payment | | | |
| (27) Other Expenses from Schedule I | 2720 | 2720 | 2720 |
| (28) Total Personal Expenses | 5995 | 5995 | 5995 |
| | | | |
| (29) CHAPTER 13 PLAN PAYMENT | 300 | 300 | 300 |
| (30) CASH FLOW CARRY OVER / PREVIOUS MONTH | 791 | 3607 | 4002 |
| | | | |
| (31) NET INCOME / LOSS | 3607 | 4002 | 1321 |

1

**Net Equity Financial Mortgage LLC**     **3rd Quarter 7/1/2018 thru 9/30/2018**

|  | 7/1/2018 | 8/1/2018 | 9/1/2018 | Qtr Total |
|---|---|---|---|---|
|  |  |  |  |  |
| **Gross Income** | 15569 | 13395 | 7900 | 36864 |
|  |  |  |  | 0 |
| Payroll | 0 |  |  | 0 |
| Rent | 0 |  |  | 0 |
| Autos/Fuel/maintenance | -1676 | -983 | -3410 | -6069 |
| Phones/communications | -731 | -677 | -693 | -2101 |
| Util: Elec/Heat/water/sewer | 0 | 0 | 0 | 0 |
| Licenses/Education/Expenses | 0 | 0 | 0 | 0 |
| Office Supplies | -164 | -281 | -500 | -945 |
| Credit reports | -134 | -87 | -129 | -350 |
| Advertisement (all) | -3753 | -3314 | -1958 | -9025 |
|  |  |  |  |  |
|  |  |  |  |  |
| Other expense (Travel) |  | -1363 | -50 | -1413 |
|  |  |  |  |  |
| Income before Taxes | 9111 | 6690 | 1160 | 16961 |
| Taxes |  |  |  | -247 |
|  |  |  |  |  |
| **Net Income** | **8864** | **6690** | **1160** | **16714** |

Michael Kohler    *[signature]* 11/1/18

Jill Kohler    *[signature]* 11/1/18