United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10855-amc
Jill Marie Kohler                                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi            Page 1 of 1            Date Rcvd: Nov 08, 2018
                                Form ID: 152           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db          +Jill Marie Kohler,    2267 Langhorne-Yardley Road,    Langhorne, PA 19047-8244
14052834    +Capital One, NA,    P. O. Box 71087,    Charlotte, NC 28272-1087
14052835    +Lend Card Services, Inc.,    P. O. Box 4517,    Carol Stream, IL 60197-4517
14052833     Nationwide Credit Inc.,    P. O. Box 14581,    Des Moines, IA  50306-3581
14052832    +Ocwen Loan Servicing LLC,    P. O. Box 660264,    Dallas, TX 75266-0264
14052831    +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    Suite 300,
              Highlands Ranch, OH 80129-2386
14060345    +Specialized Loan Servicing LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14191640    +U. S. Bank National Assoc. Trustee,    c/o Specialized Loan Servicing LLC,
              8742 Lucent Boulevard, Suite 300,    Highlands Ranch, CO 80129-2386
14064322    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:23      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:53
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14052836    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 02:49:12
              Capital One Bank (USA) NA,    P. O. Box 71083,    Charlotte, NC 28272-1083
14084275    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 02:47:00      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14081463     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 03:00:08
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14191641*   +Midland Funding LLC,   P. O. Box 2011,    Warren, MI 48090-2011
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
```
          DAVID  FITZGIBBON    on behalf of Defendant    Ocwen Loan Servicing LLC dfitzgibbon@stradley.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEFFERY A. FOURNIER    on behalf of Debtor Jill Marie Kohler jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Plaintiff Jill Marie Kohler jefffournier@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    Securitized Asset Backed Receivables LLC Trust
           2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, U.S. Bank National Association,
           as Trustee bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jill Marie Kohler

    Debtor(s)

Case No: 18−10855−amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/29/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court