UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Jill Marie Kohler | : | |
| Debtor | : | Bankruptcy No.  18-10855-AMC |
| | : | |
| | : | Application for Compensation |
| | : | of Attorney Fees for Services |
| | : | Rendered from 02/05/2018 to 01/28/2019 |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, this  6th  day of  March , 2019, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $6,009.00 ($6,900.00 reduced by $891.00) and cost of $491.00 are approved and the amount owed of $5,000.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_____
Hon. Ashely M. Chan                    J.
United States Bankruptcy Judge