```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                             Case No. 18-10855-amc
Jill Marie Kohler                                                  Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi                 Page 1 of 2                 Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Jill Marie Kohler,    2267 Langhorne-Yardley Road,    Langhorne, PA 19047-8244
cr             +Securitized Asset Backed Receivables LLC Trust 200,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
14052834       +Capital One, NA,    P. O. Box 71087,    Charlotte, NC 28272-1087
14282839       +Gateway One Lending & Finance LLC,    c/o William E. Craig, Esquire,    Morton & Craig, LLC,
                 110 Marter Ave.,    Suite 301,    Moorestown, NJ 08057-3125
14268116       +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
14052832       +Ocwen Loan Servicing LLC,    P. O. Box 660264,    Dallas, TX 75266-0264
14052831       +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    Suite 300,
                 Highlands Ranch, OH 80129-2386
14060345       +Specialized Loan Servicing LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14191640       +U. S. Bank National Assoc. Trustee,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Boulevard, Suite 300,    Highlands Ranch, CO 80129-2386
14064322       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:42       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14052836       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:03:35
                 Capital One Bank (USA) NA,    P. O. Box 71083,    Charlotte, NC 28272-1083
14052835       +E-mail/Text: ml-ebn@missionlane.com Apr 17 2020 04:58:52       Lend Card Services, Inc.,
                 P. O. Box 4517,    Carol Stream, IL 60197-4517
14084275       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2020 05:00:15       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14052833        E-mail/Text: NCI_bankonotify@ncirm.com Apr 17 2020 04:59:23       Nationwide Credit Inc.,
                 P. O. Box 14581,    Des Moines, IA  50306-3581
14081463        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
14282840*      +Gateway One Lending & Finance LLC,    c/o William E. Craig, Esquire,    Morton & Craig, LLC,
                 110 Marter Ave.,    Suite 301,    Moorestown, NJ 08057-3125
14191641*      +Midland Funding LLC,    P. O. Box 2011,    Warren, MI 48090-2011
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
          DAVID   FITZGIBBON    on behalf of Defendant    Ocwen Loan Servicing LLC dfitzgibbon@stradley.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEFFERY A. FOURNIER    on behalf of Debtor Jill Marie Kohler jefffournier@verizon.net
          JEFFERY A. FOURNIER    on behalf of Plaintiff Jill Marie Kohler jefffournier@verizon.net
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2                  Date Rcvd: Apr 16, 2020
                               Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    Securitized Asset Backed Receivables LLC Trust 2006-NC1, Mortgage Pass-Through Certificates, Series 2006-NC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                       TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jill Marie Kohler

      Debtor(s)    Bankruptcy No: 18−10855−amc

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 4/16/20

69 − 68
Form 138_new